Robert V. Closson, Esq. (SBN 125646)
bclosson@hirschclosson.com
Lisa G. Shemonsky, Esq. (SBN 116221)
HIRSCH CLOSSON, APLC
5030 Camino de la Siesta, Suite 300
San Diego, CA 92108
Telephone: (619) 233-7006
Facsimile:  (925) 935-9825

Attorneys for Defendant, Wesco Insurance Company

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| FARMERS INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>WESCO INSURANCE COMPANY and DOES 1 through 10,<br><br>Defendant. | CASE NO.<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441 (DIVERSITY)**<br><br>Complaint Filed: August , 2022<br>Trial: TBD |

**TO THE COURT AND ALL INTERESTED PARTIES:**

   **PLEASE TAKE NOTICE** that Defendant Wesco Insurance Company ("Wesco" or "Defendant") hereby removes to this Court the state court action described below:

   1. On August 8, 2022, an action was commenced in the Superior Court of the State of California for the County of Los Angeles, entitled *Farmers Insurance Exchange v. Wesco Insurance Company*, Case Number 22CMCV00262 ("State Court Action.")  A true and correct copy of the Complaint in the State Court Action ("Complaint") is attached hereto as **Exhibit "1."**

   2. On August 17, 2022, Farmers Insurance Company ("Plaintiff") personally

Hirsch Closson, APLC
5030 Camino de la Siesta
Suite 300
San Diego, CA 92108
(619) 233-7006

DEFENDANT'S NOTICE OF REMOVAL OF ACTION
1

served copies of the Summons, Civil Case Cover Sheet, Civil Case Cover Sheet Addendum and Statement of Location and Complaint for Equitable Contribution on AmTrust, the third party risk manager for Wesco. A true and correct copy of the above referenced documents excluding the complaint (**Exhibit "1"**) are attached hereto as **Exhibits "2", "3" and "4."**

3. Defendant removes the action to the Central District because the State Court Action is pending in the Los Angeles Superior Court located in the Compton Branch.

4. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one that may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441 in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000.00.

5. Plaintiff is, and at all relevant times was, an inter-insurance or reciprocal exchange formed under the laws of California and licensed to do business and doing business in the State of California.

6. Defendant is, and at all relevant times was, an insurance company incorporated in Delaware with its principal place of business in New York, and is duly authorized to and engaged in the business of issuing policies in the State of California.

7. Plaintiff seeks in excess of $135,000.00 from Defendant, which represents the full amount of indemnity that Plaintiff paid on behalf of its named insured, Lake Terrace, in an underlying lawsuit entitled *McCann v. Lake Terrace Condominium Association.*, Case No. 18STCV01884 ("Underlying Action"), which satisfies the $75,000 amount in controversy requirement in 28 U.S.C. § 1332. ( See true and copy of E-Mail from Farmer's Counsel, Gary Selvin dated February 28, 2022 to the undersigned marked as **Exhibit "5"** and incorporated herein by this reference wherein counsel states that Farmers is seeking $137,500 reimbursement from Wesco.)

/ / /

**Hirsch Closson, APLC**
5030 Camino de la Siesta
Suite 300
San Diego, CA 92108
(619) 233-7006

DEFENDANT'S NOTICE OF REMOVAL OF ACTION

2

8. **Exhibits 1 to 4** attached hereto represent all notice, process and proceedings received by Defendant, and to the knowledge of Defendant, no hearings or proceedings have taken place in the State Court Action.

HIRSCH CLOSSON, APLC

Dated: September 13, 2022      By: *s/Robert V. Closson*
Robert V. Closson, Esq.
Lisa G. Shemonsky,, Esq.
Attorneys for Defendant,
Wesco Insurance Company

**Hirsch Closson, APLC**
5030 Camino de la Siesta
Suite 300
San Diego, CA 92108
(619) 233-7006

DEFENDANT'S NOTICE OF REMOVAL OF ACTION

3